Argued and submitted February 28, reversed and remanded August 14, reconsideration denied October 18, petition for review denied November 26, 1985 (300 Or 332)

## STATE OF OREGON,
*Appellant,*

*v.*

## WILLIAM EDWARD GOTHAM,
*Respondent.*

(C84-01-30430; CA A32530)

704 P2d 1156

Thomas H. Denney, Assistant Attorney General, argued the cause for appellant. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Wayne Mackeson, Portland, argued the cause for respondent. With him on the brief was Des Connall, P.C., Portland.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

The trial court dismissed defendant's indictment for burglary in the first degree "in the furtherance of justice." As the state points out, the order of dismissal does not set forth the reasons for dismissing the case as required by ORS 135.755.[1]

Reversed and remanded.

---

[1] ORS 135.755 provides:

"The court may, either of its own motion or upon the application of the district attorney, and in furtherance of justice, order the proceedings to be dismissed; but in that case, the reasons of the dismissal shall be set forth in the order, which shall be entered in the journal."